**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

IN RE:

MM SHOWS, LLC
d/b/a Celebrity Sports,

     Debtor
_____/

CASE NO. 16-12962-RBR

CHAPTER 11 PROCEEDING

**DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

     MM SHOWS, LLC d/b/a Celebrity Sports ("Debtor"), by and through its undersigned counsel, hereby files this *Debtor's Motion to Dismiss Chapter 11 Case*, for an Order dismissing his Chapter 11 bankruptcy case, and will hereby respectfully set forth and show:

     1.     On March 1, 2016, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

     2.     Debtor was engaged in the retail sale of novelty and collectable items, both sports and other related items.  The Debtor operated its business from its one location at 1825 N. Pine Island Road, Plantation, FL 33322 ("Premises").  The Debtor occupied the Premises pursuant to a commercial *Shopping Center Lease Agreement* ("Lease"), with Gator Jacaranda, LTD. ("Gator"), dated June 20, 2014.  A true copy of the Lease was attached previously filed with this Court (CP#35).

     3.     The Debtor determined that it was in the best interest of the Debtor's business to reject this Lease with Gator.  The DEBTOR had in fact vacated the Premises, and surrendered possession of the Premises to Gator on May 13, 2016.

     4.     Since the vacation of the Premises, the DEBTOR has not been conducting any business.

     5.     The DEBTOR was nevertheless in discussions with Gator to determine whether a Plan of Reorganization could be presented.  Gator is by far the largest creditor, and without Gator's support, a Plan would not be confirmable.

     6.     Unfortunately, the DEBTOR and Gator have not been able to reach a settlement that

-2-

could support a Plan. This leaves the DEBTOR with no viable alternative but to dismiss this Chapter 11.

7. Gator, through counsel, has indicated that Gator does not object to a dismissal of this chapter 11 case.

8. The DEBTOR hereby requests the entry of an Order dismissing his case.

**WHEREFORE**, for the foregoing reasons, it is respectfully prayed that this Court enter an Order dismissing this Chapter 11, and for such other and further relief as this Court may deem just and proper under the circumstances.

**I HEREBY CERTIFY** that on **November 28, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached list, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        BEHAR, GUTT & GLAZER, P.A.
        Attorneys for Debtor
        DCOTA, Suite A-350
        1855 Griffin Road
        Ft. Lauderdale, Florida  33004
        Telephone: (305) 931-3771
        Fax: (305) 931-3774

        By:  /s/**Brian S. Behar**
            BRIAN S. BEHAR
            FBN: 727131